**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KATIE F. WILSON,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | 2:15-cv-01791-RCJ-VCF<br>**ORDER** |

Before the court are the following:

1. Motion for Protective Order Precluding Inspection of Inappropriate Areas of Premises (#13),

2. Motion to Compel Deposition Testimony and for Sanctions Against Defendant Wal-Mart (#15),

3. Motion to Compel Interrogatory Answers (#16),

4. Motion to Compel Request for Admissions (#17),

5. Motion to Compel Request for Production Answers (#18),

6. Motion to Strike Defendant's Answer as to Liability for Ongoing Discovery Abuses (#20),

7. Countermotion for Sanctions (#22).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for 10:00 a.m., March 4, 2016, in courtroom 3D.

DATED this 28th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE