# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KATIE F. WILSON,

        Plaintiff,

vs.

WAL-MART STORES, INC.,

        Defendant.

2:15-cv-01791-RCJ-VCF

**ORDER**

Before the court is Plaintiff's Emergency Motion to Continue Discovery (#56).

IT IS HEREBY ORDERED that any opposition to Plaintiff's Emergency Motion to Continue Discovery (#56) must be filed on or before February 26, 2016. No reply necessary.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Emergency Motion to Continue Discovery (#56) is scheduled for 1:00 p.m., March 4, 2016, in courtroom 3D.

DATED this 19th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE