BRENDA H. ENTZMINGER
Nevada Bar No. 9800
POOJA KUMAR
Nevada Bar No. 12988
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATIE F. WILSON, individually;<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | Case No.: 2:15-cv-01791-RCJ-VCF<br><br>[~~PROPOSED~~] **ORDER ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES (DOCKET FILING NO. 56)** |

COMES NOW, Defendant WAL-MART STORES, INC. ("Defendant"), by and through its attorneys, the law offices of PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby submits the parties' [Proposed] Order on Plaintiff's Motion to Extend Deadlines (Docket Filing No. 56).

1. Deposition of Armando Arreola: March 9, 2016.

2. Deposition of Vermaries Simmons: March 14, 2016.

3. Deposition of Jeffrey Gross: March 16, 2016.

4. Rule 34 Site Inspection: To be conducted between March 22, and March 25, 2016.

5. Supplemental Reports from Alex Balian and Brian Jones: By April 8, 2016.

6. Defendant will take the depositions of Alex Balian and Brian Jones by April 15, 2016.

7. Plaintiffs may propound an additional Interrogatory regarding Defendant's mitigation of damages affirmative defense.  Defendant will thereafter have fifteen (15) days to respond to

this Interrogatory.

8. FRCP 30(b)(6) deposition of Defendant's designee: To be completed on or before March 31, 2016.

9. Dispositive Motion deadline: May 20, 2016

DATED this 26 day of February, 2016.

/s/ David Tanner                                              /s/ Pooja Kumar

DAVID TANNER, ESQ.                                 POOJA KUMAR, ESQ.
Nevada Bar No. 8282                                       Nevada Bar No. 12988
TANNER LAW FIRM                                       PHILLIPS, SPALLAS & ANGSTADT, LLC
8635 South Eastern Avenue                            504 South Ninth Street
Las Vegas, NV 89123                                      Las Vegas, NV 89101

And                                                                    *Attorneys for Defendant*
                                                                            *Wal-Mart Stores, Inc.*
ROBERT COTTLE, ESQ.
Nevada Bar No. 4576
COTTLE LAW FIRM
8635 South Eastern Avenue
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-1-2016

IT IS FURTHER ORDERED that the Joint Pre-trial Order must be filed on May 20, 2016. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

# **CERTIFICATE OF SERVICE**

I hereby certify that on 26th day of February, 2016, I served a true and correct copy of the foregoing, **[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES (DOCKET FILING NO. 56),** by electronic means (Electronic Case Filling System), addressed to the following counsel of record:

| ATTORNEY OF RECORD | PHONE/FAX | PARTY |
|---|---|---|
| DAVID TANNER, ESQ.<br>Nevada Bar No. 8282<br>TANNER LAW FIRM<br>8635 South Eastern Avenue<br>Las Vegas, NV 89123 | Phone 702-987-8888<br>Fax     702-410-8070 | Plaintiff |
| ROBERT COTTLE, ESQ.<br>Nevada Bar No. 4576<br>COTTLE LAW FIRM<br>8635 South Eastern Avenue<br>Las Vegas, Nevada 89123 | Phone 702-834-8000<br>Fax     702-834-8555 | Plaintiff |

*/s/ Pooja Kumar*

An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC