# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KATIE F. WILSON, | |
| Plaintiff, | 2:15-cv-01791-RCJ-VCF |
| vs. | **ORDER** |
| WAL-MART STORES, INC., | |
| Defendant. | |

Before the court is Defendant Wal-mart Stores, Inc.'s Emergency Motion to Compel FRCP 35 Independent Medical Examination of Plaintiff (#69).

IT IS HEREBY ORDERED that any opposition to Defendant Wal-mart Stores, Inc.'s Emergency Motion to Compel FRCP 35 Independent Medical Examination of Plaintiff (#69) must be filed on or before March 7, 2016. Any reply in support of Defendant Wal-mart Stores, Inc.'s Emergency Motion to Compel FRCP 35 Independent Medical Examination of Plaintiff (#69) must be filed on or before March 9, 2016.

DATED this 2nd day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE