# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KATIE F. WILSON,<br><br>             Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>             Defendant. | 2:15-cv-01791-RCJ-VCF<br><br>**ORDER** |

Before the court is Defendant Wal-Mart Stores, Inc.'s Emergency Motion to Compel FRCP 35 Independent Medical Examination of Plaintiff (#69).

IT IS HEREBY ORDERED that a hearing on Defendant Wal-Mart Stores, Inc.'s Emergency Motion to Compel FRCP 35 Independent Medical Examination of Plaintiff (#69) is scheduled for 4:30 p.m., March 11, 2016, in courtroom 3D.

DATED this 10th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE