# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| KATIE F. WILSON, | | |
| Plaintiff, | | 2:15-cv-01791-RCJ-VCF |
| vs. | | **ORDER** |
| WAL-MART STORES, INC., *et al.*, | | |
| Defendants. | | |

Before the court is Defendant Wal-Mart Stores, Inc.'s Emergency Motion for Protective Order Postponing Deposition and Relief for Non-Appearance at Deposition (#92).

IT IS HEREBY ORDERED that any opposition to Defendant Wal-Mart Stores, Inc.'s Emergency Motion for Protective Order Postponing Deposition and Relief for Non-Appearance at Deposition (#92) must be filed on or before April 14, 2016.  No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant Wal-Mart Stores, Inc.'s Emergency Motion for Protective Order Postponing Deposition and Relief for Non-Appearance at Deposition (#92) is scheduled for 3:00 p.m., April 20, 2016, in courtroom 3D.

DATED this 7th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE