# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KATIE F. WILSON,

        Plaintiff,

vs.

WAL-MART STORES, INC., *et al.*,

        Defendants.

2:15-cv-01791-RCJ-VCF

**ORDER**

        Before the Court are Defendant Wal-Mart's Motion for Leave to Designate a Rebuttal Expert or, in the alternative, to strike Plaintiff's Designation of Expert Brian Jones (#86) and Plaintiff's Motion for Sanctions Against Wal-Mart for Violating Court Orders (#91).

        Accordingly,

        IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion for Sanctions Against Wal-Mart for Violating Court Orders (#91) must be filed on or before April 15, 2016. No reply necessary.

        IT IS FURTHER ORDERED that a hearing on Defendant Wal-Mart's Motion for Leave to Designate a Rebuttal Expert or, in the alternative, to strike Plaintiff's Designation of Expert Brian Jones (#86) and Plaintiff's Motion for Sanctions Against Wal-Mart for Violating Court Orders (#91) is scheduled for 3:00 p.m., April 20, 2016, in courtroom 3D.

        DATED this 11th day of April, 2016.

                                                          _____

                                                            CAM FERENBACH
                                                            UNITED STATES MAGISTRATE JUDGE