BRENDA H. ENTZMINGER
Nevada Bar No. 9800
POOJA KUMAR
Nevada Bar No. 12988
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone (702) 938-1510
Facsimile (702) 938-1511
bentzminger@psalaw.net
pkumar@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATIE F. WILSON, | Case No.: 2:15-cv-01791-RCJ-VCF |
| Plaintiff, | |
| v. | |
| WAL-MART STORES, INC., a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 9th day of Feb, 2017.          DATED this 13th day of Feb, 2017.

TANNER LAW FIRM                            PHILLIPS, SPALLAS & ANGSTADT

_____            _____
David Tanner Esq.                          Pooja Kumar, Esq.   Ryan Kerbow
Nevada Bar No. 8282                        Nevada Bar No. 12988   NV Bar # 11403
8635 South Eastern Avenue                  504 South Ninth Street
Las Vegas, Nevada 89123                    Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                  *Attorneys for Defendant*
*Katie Wilson*                             *Wal-Mart Stores, Inc.*

DATED this 9th day of Feb, 2017.

COTTLE LAW FIRM  #12449

_____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
8635 South Eastern Avenue
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*
*Katie Wilson*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED: This 23rd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE